IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Brandon S. Negron 200854 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Anthony Barber, Marcus )
Sanford, Louis Thomas, )
and Floyd Robb, in their )
individual and official capacities )
as officers of State of Alabama. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CV-14-HS-0088-S

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) __N/A__

         Defendant(s) __N/A__

      2. Court (if federal court, name the district; if state court, name the county) __N/A__

      3. Docket number _____N/A_____

      4. Name of judge to whom case was assigned ___N/A___

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

      6. Approximate date of filing lawsuit ___N/A___

      7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___Donaldson Correctional Facility___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ___Staton Correctional Facility___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                               ADDRESS

1. Anthony Barber               N/A
2. Marcus Sanford               N/A
3. Louis Thomas                 N/A
4. Floyd Rabb                     N/A
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___September 14th, 2011___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Prison officials use of excessive force constitutes cruel and unusual punishment under the Eigth Amendment of the United States Constitution.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Said defendants in this case did assault me (the plaintiff) striking me (the plaintiff) repeatedly in the back and head, and sprayed me (the plaintiff) with pepper spray for no good cause except for malicious and abusive reasons.

GROUND TWO: Prison official charged plaintiff with false institutional disciplinary resulting in Cruel and Unusual Punishment under the Eighth Amendment.

SUPPORTING FACTS: Said defendant (Anthony Barber) did charge me (the plaintiff) with "assault on D.O.C official" (which was false and erroneous) causing me (the plaintiff) to serve (6) full months in disciplinary isolation and a increase from medium security to a maximum security facility in which I still reside to this day.

GROUND THREE: Said defendant(s) did cause plaintiff severe psychological and physical damage in violation of plaintiffs Eighth Amendment right.

SUPPORTING FACTS: As a result of the defendants cruel + unusual acts, the plaintiff has suffered (and still suffers) psychological and physical damages. Plaintiff now has fears and anxieties that the incident will occur again, and plaintiffs left knee has severe pains periodicaly as a result of the defendant (one Anthony Barber) grabbing plaintiffs left ankle, while plaintiff was being held on his stomach by the other defendants named above, and bending plaintiffs leg backwards in a cruel and forceful manner, injuring plaintiffs knee.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Incur all sanctions (if available) to said defendants and grant me (the plaintiff) any and all recovery for the mental and physical anguish caused by the defendants.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __1-9-14__.
(Date)

_____
Signature of plaintiff(s)

4