IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRANDON S. NEGRON, #200854,  )
                             )
        Plaintiff,           )
v.                           )        CASE NO. 2:14-cv-132-MEF
                             )                WO
ANTHONY BARBER, *et al.,*     )
                             )
        Defendants.          )

# **O R D E R**

On  April 9, 2014, the Magistrate Judge filed a Recommendation (Doc. #9) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  Plaintiff's allegations of excessive force and a false disciplinary charge which occurred on or about September 14, 2011 is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(i) as these claims were not filed within the time prescribed by the applicable period of limitations.

3.  This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the  day 3rd  of June, 2014.

_____/s/ Mark E. Fuller_____
UNITED STATES DISTRICT JUDGE