IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON S. NEGRON, #200854, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO.  2:14-cv-132-MEF |
| | )            WO |
| ANTHONY BARBER, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on April 23, 2014 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #9) entered on April 9, 2014 is adopted;

3. Plaintiff's allegations of excessive force and a false disciplinary charge which occurred on or about September 14, 2011 are DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(i) as these claims are not filed within the time prescribed by the applicable period of limitations.

4.  This case is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 18th day of June, 2014.

               /s/ Mark E. Fuller
               UNITED STATES DISTRICT JUDGE